MINUTE ENTRY
DOUGLAS, M.J.
FEBRUARY 20, 2020

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **D & S MARINE SERVICE, LLC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-1702** |
| **JOSIAH ENCARNACION** | **SECTION "T" (3)** |

    A follow up settlement conference in the above matter was conducted this date.

    PRESENT:    Robert E. Couhig, III
                      Donald Cole Massey
                      Josiah Encarnacion
                      Miles C. Thomas
                      Lorin R. Scott

    Settlement cannot be reached at this time. Settlement negotiations will continue by telephone.

                                                    */s/ Dana M. Douglas*
                                              **DANA M. DOUGLAS**
                                              **UNITED STATES MAGISTRATE JUDGE**

**MJSTAR(1.40)**