**MINUTE ENTRY**
**DOUGLAS, M.J.**
**FEBRUARY 27, 2020**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **D & S MARINE SERVICE, LLC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-1702** |
| **JOSIAH ENCARNACION** | **SECTION: "T" (3)** |

Following discussion among the parties, the above-captioned case has settled. The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**

**MJSTAR: 1:25**